# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JESSE BROYLES**                                                               **PLAINTIFF**

**v.**                      **CASE NO. 2:21-CV-00097-BSM**

**AMBULANCE SERVICES OF**                              **DEFENDANT**
**FORREST CITY**

## ORDER

Pursuant to plaintiff Jesse Broyles's notice of voluntary dismissal [Doc. No. 10], this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of December, 2021.

                                                                 _____
                                                                 UNITED STATES DISTRICT JUDGE