IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JESSE BROYLES**                                                                                 **PLAINTIFF**

v.                          **CASE NO. 2:21-CV-00097-BSM**

**AMBULANCE SERVICES OF**                                                     **DEFENDANT**
**FORREST CITY**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of December, 2021.

_____
UNITED STATES DISTRICT JUDGE